# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand twenty-five.

_____

Augustin Mugabo,

     Plaintiff - Appellant,

  v.

Donard McAndrew, Buffalo Police, Community Services for Every1,

     Defendants - Appellees.

_____

**ORDER**

Docket No: 24-1403

Appellant, Augustin Mugabo, filed a motion for panel reconsideration, or, in the alternative, for reconsideration *en banc*.  The panel that determined the appeal has considered the request for reconsideration, and the active members of the Court have considered the request for reconsideration *en banc*.

IT IS HEREBY ORDERED that the motion is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk